## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gerritsen, Donald

Printed: 5/20/08

Case Number: 07 B 09252
Judge: Squires, John H
Filed: 5/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed: April 9, 2008
Confirmed: July 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,245.22 |  |
| Secured: |  | 6,853.98 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 391.24 |
| Other Funds: |  | 0.00 |
| Totals: | 7,245.22 | 7,245.22 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thav & Ryke PLLC | Administrative | 2,860.00 | 0.00 |
| 2. | HSBC Auto Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 10,788.40 | 6,853.98 |
| 4. | Chase Manhattan Mortgage Corp | Secured | 17,642.29 | 0.00 |
| 5. | Nicor Gas | Unsecured | 198.62 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 2,899.78 | 0.00 |
| 7. | Household | Unsecured | | No Claim Filed |
| 8. | First Premier | Unsecured | | No Claim Filed |
| | | | $ 34,389.09 | $ 6,853.98 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 391.24 |
| | $ 391.24 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

